**WENGER & ARLIA, ESQS. LLP**
**ATTORNEYS AT LAW**
Tel: (212) 566-6262 – Fax: (212) 608-6262 – nyclawservices.com
20 Vesey Street, Suite 210
New York, NY 10007

Bruce Wenger, Esq.
John Arlia, Esq.
Anne Marie Santangelo, Esq.*
<u>Michael Elbaz, Esq.</u>*
* Of Counsel

bruce@nyclawservices.com
john@nyclawservices.com

September 19, 2012

**Via E-Mail:** <u>njdnefhayden@njd.uscourts.gov</u>

Honorable Katharine S. Hayden
U.S. District Court Judge
Martin Luther King, Jr. Federal Building
  and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   John Gordon
      Criminal Docket For Case No. 2:12-cr-00370-KSH

Dear Judge Hayden:

As you know, the law firm of Wenger & Arlia, Esqs. LLP represents John Gordon in the above-referenced matter. We herewith respectfully request that Mr. Gordon be granted an adjournment of sentencing from October 15, 2012 to a date in January, 2013, but not on a Friday and preferably in the late morning/early afternoon. Assistant United States Attorney Christopher J. Kelly has agreed to such an adjournment.

Thank you for your consideration of our request, and we look forward to your reply.

Respectfully yours,

Bruce Wenger

BW:ma                                                Bruce Wenger

cc:   AUSA Christopher J. Kelly

\* *Request GRANTED. Sentencing rescheduled for 1/14/13 @ 11:30 a.m.*
*SO ORDERED*                *Katharine Hayden*
*Date: 9/20/12              Katharine S. Hayden, USDJ*